IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF VERMONT

| | |
|---|---|
| RICHARD GRAJEDA, III,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>VAIL RESORTS INC.,<br>VAIL MANAGEMENT COMPANY, and<br>OKEMO LIMITED LIABILITY<br>COMPANY d/b/a OKEMO MOUNTAIN<br>RESORT,<br><br>　　　　　Defendants. | Case No. 2:20-cv-00165-cr |

**DECLARATION OF KRISTEN L. FERRIES IN SUPPORT OF
DEFENDANTS' MOTION TO LIMIT THE TESTIMONY OF
PLAINTIFF'S EXPERT DICK PENNIMAN**

I, Kristen L. Ferries, declare as follows:

1. I am an attorney duly licensed to practice law before all the courts in the State of Colorado and New York, and have been admitted *pro hac vice* in the above-captioned matter by the United States District Court for the District of Vermont. (ECF No. 59.) I am an attorney of record for Defendants in the above-captioned matter.

2. I have personal knowledge of the facts set forth in this Declaration, and if called upon to do so by this Court, I could and would testify competently thereto.

3. Attached as Exhibits A-C to this Declaration are true and correct copies of the following documents:

- **Exhibit A**: Curriculum Vitae, Dick Penniman, dated December 1, 2020.

- **Exhibit B**: Expert Opinion Report by Dick Penniman, dated October 13, 2021.

- **Exhibit C**: Excerpts from the Deposition of Dick Penniman.

I declare under penalty of perjury under the laws of the State of Colorado that the foregoing is true and correct.

Executed this 1st day of June 2022.

_____
Kristen L. Ferries
Wheeler Trigg O'Donnell LLP
*Attorney for Defendants Vail Resorts Inc., Vail Resorts Management Company, and Okemo Limited Liability Company d/b/a Okemo Mountain Resorts*