U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2022 JUN -9 PM 4:08

CLERK

BY _____
DEPUTY CLERK

UNITED STATES DISTRICT COURT
DISTRICT OF VERMONT

2:20-cv-00165

-----------------------------------------------------------------x
RICHARD GRAJEDA,

                Plaintiff,

           STIPULATION

    -against-

VAIL RESORTS INC., VAIL RESORTS MANAGEMENT
COMPANY, and OKEMO LIMITED LIABILITY
COMPANY d/b/a OKEMO MOUNTAIN RESORT,

                Defendants.
-----------------------------------------------------------------x

**IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned attorneys for the parties hereto that plaintiff's time to oppose defendants' motions to exclude testimony of plaintiff's experts Richard Penniman and Dr. Jeffrey Perry is hereby extended to July 6, 2022, on consent.

IT IS FURTHER STIPUTED AND AGREED by and between the undersigned attorneys for the parties hereto that plaintiff's time to oppose defendant's motion for summary judgment is hereby extended to July 15, 2022, on consent.

Dated: New York, New York
         June 9, 2022

SMILEY & SMILEY, LLP

By:_____
    ANDREW J. SMILEY
Attorneys for Plaintiff
122 East 42nd Street, Suite 3900
New York, New York 10168
(212) 986-2022

CLEARY SHAHI & AICHER, P.C.

By: ____s/Thomas P. Aicher_____
    THOMAS P. AICHER
Attorneys for Defendants
110 Merchants Row
P.O. Box 6740
Rutland, VT 05702
(802) 775-8800

SO ORDERED:

_____ 6/9/22
USDJ