```
UNITED STATES DISTRICT COURT
DISTRICT OF VERMONT
---------------------------------------------x
RICHARD GRAJEDA, III,

                Plaintiff(s),

                    Index No. 2:20-cv-165-cr

        -against-

VAIL RESORTS, INC., VAIL MANAGEMENT COMPANY, and
OKEMO LIMITED LIABILITY COMPANY d/b/a OKEMO
MOUNTAIN RESORT,

                Defendant(s).
---------------------------------------------x


                    February 25, 2021
                    10:30 a.m.


        VIDEO RECORDED, VIDEO CONFERENCED
EXAMINATION BEFORE TRIAL of Non-Party Witness
LIZ GILMAN, pursuant to Subpoena, before
Laura B. Lowenthal, a Notary Public within and
for the State of New York.
```

```
 1                    L. Gilman
 2       A      Yes, sir.
 3              (Short break:   11:36 to 11:41)
 4       Q      Thank you for checking.  Were you able
 5   to find out approximately or specifically how
 6   many tower shields such as the one that we were
 7   looking at on the photograph regardless of the
 8   amount of cylinders has Gilman Corporation sold
 9   to ski areas since it started selling in the late
10   eighties to present?
11       A      I have to break it down into a two
12   part answer.
13       Q      Okay.
14       A      Since 2010 we have sold 434. So if we
15   go back to inception it will be close to a
16   thousand and that would require going through a
17   lot of boxes that pre date our computer system.
18       Q      So is it fair to say that as of today
19   approximately one thousand tower shields have
20   been sold by Gilman Corporation to ski areas?
21       A      Yes, sir.
22       Q      Of those approximate one thousand
23   tower shields that have been sold by Gilman
24   Corporation to ski areas have you ever been
25   advised of any complaints from the ski area about
```

```
 1                    L. Gilman
 2  the performance of the tower shields?
 3        A     No, sir.
 4        Q     Of those thousand or so tower shields
 5  that Gilman Corporation has sold again have you
 6  ever been advised that an injury of a skier
 7  resulted while impacting one of those tower
 8  shields?
 9        A     No, sir. I am not aware of any, sir.
10        Q     For clarity for the record we will
11  deem this photograph that we were looking at as
12  Plaintiff's Exhibit 1 for today and I will make
13  sure to send all the exhibits around to counsel
14  and our court reporter as well as to you Miss
15  Gilman, okay?
16        A     Yes, sir.
17        Q     It will just be this one photograph
18  that is page 14 of a 20 page PDF of photos we
19  sent to you and this one page we will mark as
20  Plaintiff's Exhibit 1.
21              (Whereupon, Plaintiff's Exhibit 1,
22              photograph, page 14 of 20, was marked
23              for identification.)
24        Q     Now I will show you what I would like
25  to mark as Exhibit 2 which is a 12 page PDF
```

|    |   |
|----|---|
| 1  | L. Gilman |
| 2  | A    So if the individual were to hit the |
| 3  | blue blanket where the cylinders are it is |
| 4  | designed to crumple to decelerate him to stop him |
| 5  | from actually ending up hitting the metal object |
| 6  | behind it. It is impossible to get through the |
| 7  | blanket and those two tower cylinders to get to |
| 8  | that object. |
| 9  | Q    The cylinders are they the same height |
| 10 | as the blanket?  So right now the way we are |
| 11 | looking at Plaintiff's Exhibit 1 where we see the |
| 12 | blue blanket would it be fair to say that the |
| 13 | cylinders run from the top edge of that blue |
| 14 | blanket to the bottom edge of that blue blanket? |
| 15 | A    They are both 72 inches. |
| 16 | Q    So if they're installed properly the |
| 17 | blanket top and bottom should match perfectly |
| 18 | with the cylinder top and bottom; is that fair to |
| 19 | say? |
| 20 | A    Again as I explained earlier there is |
| 21 | expansion and contraction with ionomer foam. |
| 22 | Therefore it could be up a little bit because the |
| 23 | blanket could have expanded a little bit or the |
| 24 | cylinder could have expanded a little bit.  That |
| 25 | does not mean that they did not utilize the |